# United States Court of Appeals

## For the Eighth Circuit

_____

No. 24-2065

_____

Courtney Richmond

*Plaintiff - Appellant*

v.

Nolan Wiese; Backyard Specialty Foods; Minnehaha Court Clerks Office, Civil

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of South Dakota - Southern

_____

Submitted: October 30, 2024
Filed: November 4, 2024
[Unpublished]

_____

Before SHEPHERD, KELLY, and STRAS, Circuit Judges.

_____

PER CURIAM.

Courtney Richmond appeals the district court's[1] dismissal for lack of jurisdiction of his pro se complaint. Upon careful review, we conclude that the

_____

[1]The Honorable Roberto Lange, Chief Judge, United States District Court for the District of South Dakota.

district court did not err in dismissing the case.  See Laclede Gas Co. v. St. Charles Cty., Mo., 713 F.3d 413, 417 (8th Cir. 2013) (de novo review of dismissal for lack of subject matter jurisdiction).  Accordingly, we grant Richmond's pending motion to file an amended brief, and we affirm.  See 8th Cir. R. 47B.

_____